IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Berryhill, Jeremy | Case Number: 08 B 11644 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 5/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,545.00 | |
| Secured: | | 1,200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,179.58 |
| Trustee Fee: | | 165.42 |
| Other Funds: | | 0.00 |
| Totals: | 2,545.00 | 2,545.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,794.00 | 1,179.58 |
| 2. | Harris N A | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | Corporate America Family CU | Secured | 33,953.00 | 900.00 |
| 6. | Corporate America Family CU | Secured | 11,143.00 | 300.00 |
| 7. | America's Servicing Co | Secured | 18,115.92 | 0.00 |
| 8. | Chase Home Finance | Secured | 60,305.00 | 0.00 |
| 9. | Select Portfolio Servicing | Secured | 1,828.00 | 0.00 |
| 10. | Harris N A | Secured | 6,857.41 | 0.00 |
| 11. | Internal Revenue Service | Priority | 100.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 25.75 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 16.82 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 26.48 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 297.12 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 8.40 | 0.00 |
| 17. | American Express Travel Relate | Unsecured | 31.00 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 23.88 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 139.24 | 0.00 |
| 20. | Internal Revenue Service | Unsecured | 436.55 | 0.00 |
| 21. | Educational Credit Management Corp | Unsecured | 577.58 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 102.32 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 10.68 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 20.98 | 0.00 |
| 25. | World Financial Network Nat'l | Unsecured | 9.38 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Berryhill, Jeremy | Case Number: 08 B 11644 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 5/8/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Dell Financial Services, Inc | Unsecured | 35.38 | 0.00 |
| 27. | Silverleaf Resorts Inc | Secured | | No Claim Filed |
| 28. | Allied Interstate | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | Allied Credit | Unsecured | | No Claim Filed |
| 32. | Corporate America Family CU | Unsecured | | No Claim Filed |
| 33. | Geico | Unsecured | | No Claim Filed |
| 34. | HSBC | Unsecured | | No Claim Filed |
| 35. | HSBC | Unsecured | | No Claim Filed |
| 36. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 37. | Woman Within | Unsecured | | No Claim Filed |
| 38. | WFNNB/Harlem Furniture | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 137,857.89 | $ 2,379.58 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 165.42 |
| | _____ |
| | $ 165.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____